FILED
CLERK U.S. DISTRICT COURT

JUL 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DEXTER S. C. FARLOUGH, | ) CV 07-982-GPS (SH) |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| LOS ANGELES COUNTY, et al., | ) |
| Defendants. | ) |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the Complaint without prejudice.

DATED: 5/8/08

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE